IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JESUS URBANO HERNANDEZ-SITU,       )
                                   )
            Petitioner,            )
                                   )
v.                                 )          CV 322-047
                                   )
STACEY N. STONE, Warden,           )
                                   )
            Respondent.            )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondent's motion to dismiss, (doc. no. 6), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this _____ day of October, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE